United States District Court
Eastern District of California

Tammie Crittindon-Lewis
Plaintiff(s)

V.

Tristar Products, Inc. and Do It Best Corp
Defendant(s)

Case Number: 2:26-cv-02131-DJC-SCR

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, James Curtis Tanner hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Plaintiff Tammie Crittindon-Lewis

On 9/27/2013 (date), I was admitted to practice and presently in good standing in the State Bar of Alabama (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 7/15/26 Signature of Applicant: /s/ [signature]

**Pro Hac Vice Attorney**

Applicant's Name: James Curtis Tanner

Law Firm Name: Turnbulll, Moak and Pendergrass, LLC

Address: 2501 20th Place South
Suite 425

City: Birmingham State: AL Zip: 35223

Phone Number w/Area Code: (205) 831-5040

City and State of Residence: Homewood, AL

Primary E-mail Address: ctanner@turnbullfirm.com

Secondary E-mail Address: anielsen@turnbullfirm.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Dan C. Schaar

Law Firm Name: Schaar & Silva, LLP

Address: 548 Market Street, PMB 76421

City: San Francisco State: CA Zip: 94104

Phone Number w/Area Code: (408) 721-1111 Bar # 257737

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: July 31, 2026

Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE